**MILSTEIN, ADELMAN & KREGER, LLP**
WAYNE S. KREGER, State Bar No. 154759
WILLIAM A. BAIRD, State Bar No. 192675
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone:  (310) 396-9600
Facsimile:   (310) 396-9635

**LAW OFFICE OF STEVEN ELSTER**
STEVEN ELSTER, State Bar No. 227545
785/E2 Oak Grove Road, #201
Concord, CA 94518-3617
Telephone:  (925) 324-2159
Facsimile:   (925) 945-1276

Attorneys for Plaintiff,
**Gina Johnson & Michelle Garcia**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GINA JOHNSON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> KPMG, LLP, a limited liability partnership; KPMG, INC., a corporation; KPMG, a business entity form unknown; and DOES 1-100, inclusive <br><br> Defendants. | CASE NO.: 3:08-cv-00924-JCS <br><br><br> **PLAINTIFFS' DEMAND FOR JURY TRIAL** |

///
///
///
///
///

1

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rules of Civil Procedure 38(b), Named Plaintiff's Gina Johnson and Michelle Garcia, individually, and on behalf of all other similarly situated current and former employees of Defendants in the State of California (collectively "Named Plaintiffs") hereby state their demand for a Jury Trial in this action.

DATE:  February 20, 2008             **MILSTEIN, ADELMAN & KREGER, LLP**

/s/ WAYNE S. KREGER_____
By:  WAYNE S. KREGER
Attorney for Named Plaintiffs, GINA JOHNSON AND MICHELLE GARCIA on Behalf of Themselves, All Others Similarly Situated, and On Behalf of the General Public.