1  MILSTEIN, ADELMAN & KREGER, LLP
   WAYNE S. KREGER, SBN 154759
2  WILLIAM A. BAIRD, SBN 192675
   2800 Donald Douglas Loop North
3  Santa Monica, California 90405
   Telephone:  (310 396-9600
4  Facsimile:  (310) 396-9635

5  LAW OFFICES OF STEVEN ELSTER
   STEVEN ELSTER, SBN 227545
6  785/E2 Oak Grove Road, #201
   Concord, CA 94518-3617
7  Telephone:  (925) 324-2159
   Facsimile:  (925) 945-1276

8
   Attorneys for Plaintiff,
9  Gina Johnson & Michelle Garcia

10 GIBSON, DUNN & CRUTCHER LLP
   CHERYL JUSTICE, SBN 107137
11 cjustice@gibsondunn.com
   ELISABETH C. WATSON, SBN 184332
12 ewatson@gibsondunn.com
   JESSE A. CRIPPS, JR., SBN 222285
13 jcripps@gibsondunn.com
   SASCHA M. GLECKLER, SBN 238177
14 sgleckler@gibsondunn.com
   333 South Grand Avenue
15 Los Angeles, California 90071-3197
   Telephone: (213) 229-7000
16 Facsimile: (213) 229-7520

17 GIBSON, DUNN & CRUTCHER LLP
   WILLIAM D. CLASTER, SBN 70549
18 wclaster@gibsondunn.com
   3161 Michelson Drive
19 Irvine, CA 92612-4412
   Telephone: (949) 451-3800
20 Facsimile: (949) 451-4220

21 Attorneys for Defendant KPMG LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MICHELLE GARCIA, an individual; GINA JOHNSON, an individual; and on behalf of all others similarly situated,<br><br>Plaintiffs, | CASE NO.  CV 08-0924-JCS<br><br>The Honorable Joseph C. Spero |

v.

KPMG, LLP, a limited liability partnership; KPMG, INC., a corporation; KPMG, a business entity form unknown; and DOES 1-100, inclusive

Defendants.

**JOINT CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: March 4, 2008        GIBSON, DUNN & CRUTCHER LLP

By:  /s/ Sascha M. Gleckler
         Sascha M. Gleckler

Attorneys for KPMG LLP

DATED: March 4, 2008        MILSTEIN, ADELMAN & KREGER

By:  /s/ William Baird
         William A. Baird

Attorneys for Plaintiffs Michelle Garcia and Gina Johnson

I, Sascha M. Gleckler, hereby attest that I have on file all holograph signatures for any signatures of William Baird indicated by a "conformed" signature (/s/) within this efiled document.