UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE GARCIA, ET AL., | Case No. 08-00924 JCS |
| Plaintiff(s), | |
| v. | **ORDER GRANTING JOINT MOTION TO TRANSFER VENUE TO CENTRAL DISTRICT OF CALIFORNIA [Docket No. 8]** |
| KPMG LLP, ET AL., | |
| Defendant(s). | |

On March 4, 2008, the parties filed a Joint Motion to Transfer Venue to Central District of California (the "Motion").

IT IS HEREBY ORDERED that the Motion is GRANTED. All dates before Judge Spero are VACATED. The Clerk is hereby ordered to transfer this case to the Central District of California.

IT IS SO ORDERED.

Dated: March 10, 2008

JOSEPH C. SPERO
United States Magistrate Judge