**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

March 25, 2008

United States District Court
for the Central District of California
312 North Spring Street
Los Angeles, CA 90012

RE: CV 08-00924 JCS  MICHELLE GARCIA-v-KPMG LLP

Dear Clerk,

  Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

    ☒  Certified copy of docket entries.

    ☒  Certified copy of Transferral Order.

    ☒  Original case file documents.

    ☒  Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

  Please acknowledge receipt of the above documents on the attached copy of this letter.

          Sincerely,
          RICHARD W. WIEKING, Clerk

          *Gina Agustine* (signature)

          by:  Gina Agustine-Rivas
          Case Systems Administrator

Enclosures
Copies to counsel of record